ANNIE ANDREWS, as Administratrix of the Estate of JOSEPH
T. ANDREWS, Deceased, Appellant, *v.* H. & H. REINERS,
Respondent.

*Andrews* v. *Reiners,* 126 App. Div. 936, affirmed.
(Argued January 15, 1909; decided January 29, 1909.)

APPEAL from a judgment entered June 4, 1908, upon an
order of the Appellate Division of the Supreme Court in the
second judicial department, overruling plaintiff's exceptions,
ordered to be heard in the first instance by the Appellate
Division, denying a motion for a new trial and directing judg-
ment for defendant on the dismissal of the complaint by the
court at a Trial Term in an action to recover for the death
of plaintiff's intestate alleged to have occurred through
defendant's negligence.

*M. L. Malevinsky, Frank A. Acer* and *Frank F. Davis*
for appellant.

*Ira Leo Bamberger* and *Sidney Lowenthal* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.